UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| TONY G. HEWITT, | ) | |
| Plaintiff, | ) | 3:12-cv-00202-LRH-WGC |
| v. | ) | |
| | ) | O R D E R |
| RUBEN VIDAURRI; *et al*, | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#53[1]) entered on September 3, 2013, recommending denying Plaintiff's Motion for a Court Order and Temporary Injunction and Oral Argument (#22) and denying Plaintiff's Motion Requesting Sanctions and Oral Argument (#23), both of which were filed on April 17, 2013. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#53) entered on September 3, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#53) entered on September 3, 2013, is adopted and accepted, and Plaintiff's Motion for a Court Order and Temporary Injunction and Oral Argument (#22) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion Requesting Sanctions and Oral Argument (#23) is DENIED.

IT IS SO ORDERED.

DATED this 9th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE