UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| TONY G. HEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-00202-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| RUBEN VIDAURRI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#57[1]) entered on September 3, 2013, recommending granting in part and denying in part Defendants' Motion for Summary Judgment (#38; errata #45) filed on June 6 and 25, 2013. Defendants filed their Objections to Report and Recommendation of U.S. Magistrate Judge (#58) on September 17, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#57) entered on September 3, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#57) entered on September 3, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#38) is **GRANTED in part and DENIED in part** as follows:

(1) Defendants' Motion for Summary Judgment is GRANTED regarding defendants Vidaurri and Neubauer as to Plaintiff's Eight Amendment medical care claim in Count I; and

(2) Defendants' Motion for Summary Judgment is DENIED regarding defendants Vidaurri and Neubauer as to Plaintiff's Eighth Amendment excessive force claim in Count II.

IT IS FURTHER ORDERED that the parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within sixty (60) days of the entry of this order.

IT IS SO ORDERED.

DATED this 22nd day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE